# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: § 
 § 
Scott L. Tompkins § Case No. 12-20714
 § 
Debtor(s) § 

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn Street
  Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

  10:30 a.m. on September 26, 2013
  in Courtroom 682, U.S. Courthouse
  219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____Kenneth S. Gardner_____
                                         Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
Scott L. Tompkins                   §       Case No. 12-20714
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,500.00 |
| and approved disbursements of | $ | 55.07 |
| leaving a balance on hand of[1] | $ | 12,444.93 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: STEVEN R. RADTKE | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 3.24 | $ 0.00 | $ 3.24 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 2,100.00 | $ 0.00 | $ 2,100.00 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 16.96 | $ 0.00 | $ 16.96 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 4,120.20 |
| Remaining Balance | $ 8,324.73 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,649.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pyod, Llc Its Successors And Assigns As Assignee | $ 544.26 | $ 0.00 | $ 209.28 |
| 2 | N. A. Fia Card Services | $ 7,173.06 | $ 0.00 | $ 2,758.21 |
| 3 | Wheeler Construction Company | $ 1,518.80 | $ 0.00 | $ 584.01 |
| 4 | Pnc Bank | $ 12,413.35 | $ 0.00 | $ 4,773.23 |

Total to be paid to timely general unsecured creditors     $     8,324.73

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-20714-JBS
Scott L. Tompkins                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrahmoun            Page 1 of 2            Date Rcvd: Aug 22, 2013
                              Form ID: pdf006           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2013.
```
db             +Scott L. Tompkins,    5327 W. Warner Ave,    Chicago, IL 60641-1350
18937955       +Atlas & Leviton,    3 Golf Road,    Suite 353,    Hoffman Estates, IL 60169-4601
18937957       +BMO Harris Bank, N.A.,    111 W. Monroe Street,    Chicago, IL 60603-4095
18937956       +Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
18937958       +Cashier's Office,    City Water Light & Power,    Municipal Center West,
                 Springfield, IL 62757-0001
18937959       +Dept of Education Fedloan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
20327149        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18937960        Fedloan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
18937961       +Harris Bank, N.A.,    PO Box 5043,    Rolling Meadows, IL 60008-5043
18937962       +Harris Bank, N.A.,    PO Box 6201,    Carol Stream, IL 60197-6201
18937963       +Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0001
18937964        Home Depot Credit Services,    P.O. Box 653002,    Dallas, TX 75265-3002
18937965       +Kathleen Tompkins,    5327 W. Warner Ave,    Chicago, IL 60641-1350
20582576       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
18937966       +PNC Bank,    PO Box 747066,    Pittsburgh, PA 15274-7066
18937967       +Wheeler Construction Company,    13407 Boy Scout Trail,    Petersburg, IL 62675-6122
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20161332       +E-mail/Text: resurgentbknotifications@resurgent.com Aug 23 2013 00:38:31
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 1
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 24, 2013**              **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: mrahmoun            Page 2 of 2             Date Rcvd: Aug 22, 2013
                              Form ID: pdf006           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2013 at the address(es) listed below:
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert R Benjamin    on behalf of Debtor Scott L. Tompkins rrbenjamin@golanchristie.com,
           lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchrist
           ie.com;tstephenson@golanchristie.com
          Steven R Radtke    sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com
          Steven R Radtke    on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com
                                                                                                                                    TOTAL: 4