UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
Scott L. Tompkins                   §          Case No. 12-20714
                                    §
          Debtor(s)                 §
                                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/STEVEN R. RADTKE_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 851001 Dallas, TX 75285 | | | | | |
| | Cashier's Office City Water Light & Power Municipal Center West Springfield, IL 62757 | | | | | |
| | Dept of Education Fedloan Servicing PO Box 530210 Atlanta, GA 30353 | | | | | |
| | Fedloan Servicing PO Box 69184 Harrisburg, PA 17106-9184 | | | | | |
| | Home Depot Credit Services Processing Center Des Moines, IA 50364 | | | | | |
| | Wheeler Construction Company 13407 Boy Scout Trail Petersburg, IL 62675 | | | | | |
| 2 | N. A. Fia Card Services | | | | | |
| 4 | Pnc Bank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| 3 | Wheeler Construction Company | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-20714 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Scott L. Tompkins | | | | Date Filed (f) or Converted (c): | 05/21/2012 (f) |
| | | | | | 341(a) Meeting Date: | 07/23/2012 |
| For Period Ending: | 11/06/2013 | | | | Claims Bar Date: | 05/31/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Dwelling 5327 W. Warner Ave Chicago, Il 60641 | 145,875.00 | 0.00 | OA | 0.00 | FA |
| 2. Harris Bank Checking Account | 31.00 | 0.00 | OA | 0.00 | FA |
| 3. Household Goods And Furnishings | 1,950.00 | 0.00 | OA | 0.00 | FA |
| 4. Wearing Apparel | 200.00 | 0.00 | OA | 0.00 | FA |
| 5. Axa Equitable $120,000.00 Face Value Whole Life Insurance | 834.87 | 0.00 | OA | 0.00 | FA |
| 6. City Of Chicago Nationwide Retirement Solutions 457(B) Plan | 38,995.00 | 0.00 | OA | 0.00 | FA |
| 7. Municipal Employees Retirement Fund | 56,915.00 | 0.00 | OA | 0.00 | FA |
| 8. 2012 Jeep Compass | 20,000.00 | 20,000.00 | OA | 0.00 | FA |
| 9. 2000 Jeep Grand Cherokee | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 10. 2002 Ford Taurus | 3,000.00 | 600.00 | OA | 0.00 | FA |
| 11. Steve B. Myers Commercial Real Estate, Earnest Money Holder | 25,000.00 | 25,000.00 | | 12,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $294,800.87   $45,600.00   $12,500.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pursuant to order of court dated February 5, 2013 the trustee settled debtor's claim for turnover of unclaimed escrow deposit from a failed real estate transaction for $12,500.00. The Trustee has collected the funds and is working on Final Report.

Initial Projected Date of Final Report (TFR): 12/31/2014     Current Projected Date of Final Report (TFR): 12/31/2014

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-20714 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Scott L. Tompkins | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0260 |
| | Checking |
| Taxpayer ID No: XX-XXX9407 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/06/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/27/13 | 11 | Treasurer of State of Illinois<br>325 West Adams Street<br>Sprinfield, IL 62704 | Escrow Earnest Money<br>Fifty percent of earnest money for real estate sale that did not close which sum was deposited with Illinois State Treasurer as abandoned property. Other fifty percent went to Wenzak Land Management, Inc. per order of court | 1290-000 | $12,500.00 | | $12,500.00 |
| 04/05/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.58 | $12,481.42 |
| 05/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.96 | $12,463.46 |
| 06/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.53 | $12,444.93 |
| 10/09/13 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,000.00 | $10,444.93 |
| 10/09/13 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $3.24 | $10,441.69 |
| 10/09/13 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $2,100.00 | $8,341.69 |

Page Subtotals: $12,500.00 $4,158.31

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-20714 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Scott L. Tompkins | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0260 |
| | Checking |
| Taxpayer ID No: XX-XXX9407 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/06/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/09/13 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $16.96 | $8,324.73 |
| 10/09/13 | 1005 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 1 representing a payment of 38.45 % per court order. | 7100-000 | | $209.28 | $8,115.45 |
| 10/09/13 | 1006 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Final distribution to claim 2 representing a payment of 38.45 % per court order. | 7100-000 | | $2,758.21 | $5,357.24 |
| 10/09/13 | 1007 | Wheeler Construction Company<br>13407 Boy Scout Trail<br>Petersburg, Il 62675 | Final distribution to claim 3 representing a payment of 38.45 % per court order. | 7100-000 | | $584.01 | $4,773.23 |
| 10/09/13 | 1008 | Pnc Bank<br>Po Box 94982<br>Cleveland, Oh 44101 | Final distribution to claim 4 representing a payment of 38.45 % per court order. | 7100-000 | | $4,773.23 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $12,500.00 | $12,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,500.00 | $12,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,500.00 | $12,500.00 |

Page Subtotals:    $0.00    $8,341.69

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0260 - Checking | $12,500.00 | $12,500.00 | $0.00 |
|  | $12,500.00 | $12,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,500.00 |
| Total Gross Receipts: | $12,500.00 |